# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

EUGENE COLLINS                                                                                          PLAINTIFF
ADC # 138950

v.                                        NO. 2:11CV00167 JLH/BD

DON SLEDGE, *et al.*                                                                                   DEFENDANTS

## ORDER

The Court has received and reviewed the Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Collins's discrimination claim and his claims against Defendant Stell are DISMISSED, without prejudice. His claim that Defendants violated ADC policy is DISMISSED, with prejudice.

IT IS SO ORDERED this 29th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE