### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

EUGENE COLLINS                                                                                                    PLAINTIFF
ADC # 138950

v.                                            NO. 2:11CV00167 JLH/BD

DATRICE SLEDGE, *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Eugene Collins's timely filed objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and it hereby is, approved and adopted as this Court's findings in all respects.

Defendants Datrice Sledge and Dottie Yarbrough's motion for summary judgment is GRANTED, and Mr. Collins's claims against these defendants are DISMISSED with prejudice. Document #43.

IT IS SO ORDERED this 26th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE