**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

EUGENE COLLINS                                                                                    PLAINTIFF
ADC # 138950

v.                                             NO. 2:11CV00167 JLH/BD

DATRICE SLEDGE, *et al.*                                                          DEFENDANTS

<u>**ORDER**</u>

The Court has received and reviewed the Recommended Disposition ("Recommendation")
filed by Magistrate Judge Beth Deere.   After careful review of the Recommendation, Eugene
Collins's timely filed objections, as well as a *de novo* review of the record, the Court concludes that
the Recommendation should be, and it hereby is, approved and adopted as this Court's findings in
all respects.

Defendants Robert Todd Ball and Valerie Westbrook's motion for summary judgment is
GRANTED.   Document #40.   Collins's claims against these defendants are DISMISSED with
prejudice.

IT IS SO ORDERED this 9th day of October, 2012.


_____
UNITED STATES DISTRICT JUDGE