IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EUGENE COLLINS                                                                                        PLAINTIFF
ADC # 138950

v.                                    NO. 2:11CV00167 JLH/BD

DATRICE SLEDGE, *et al.*                                                              DEFENDANTS

## ORDER

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Eugene Collins's timely filed objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and it hereby is, approved and adopted as this Court's findings in all respects.

Defendants Robert Todd Ball and Valerie Westbrook's motion for summary judgment is GRANTED. Document #40. Collins's claims against these defendants are DISMISSED with prejudice.

IT IS SO ORDERED this 9th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE